IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH HILLIARD and MARJORIE HILLIARD,<br><br>              Plaintiffs,<br><br>    vs.<br><br>STATE FARM INSURANCE COMPANY,<br><br>              Defendant. | CV 25-146-M-KLD<br><br><br>ORDER |

In response to the Court's recent order (Doc. 3), Plaintiffs have filed a Status Report requesting an additional 45 days to accomplish service on Defendant State Farm Insurance Company. (Doc. 4). Accordingly,

IT IS ORDERED that Plaintiff shall have an additional 45 days from the date of this Order—until March 6, 2026, to serve Defendant with the summons and Complaint in compliance with Rule 4 of the Federal Rules of Civil Procedure.

DATED this 20th day of January, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge