# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

KENNETH HILLIARD and
MARJORIE HILLIARD,

              Plaintiffs,

vs.

STATE FARM AUTOMOBILE
INSURANCE COMPANY,

              Defendant.

CV 25-146-M-WWM

ORDER GRANTING IN PART
DEFENDANT'S RULE 12(b)(6)
MOTION

Plaintiffs Kenneth and Marjorie Hilliard filed a Complaint in this Court on September 12, 2025, alleging four counts against Defendant State Farm Automobile Insurance Company ("State Farm"): (I) Declaratory Judgment; (II) Breach of Contract; (III) Breach of the Covenant of Good Faith and Fair Dealing; and (IV) Violation of Montana's Unfair Trade Practices Act ("MUTPA"). (Doc. 1 ¶¶ 24-41). Before the Court is State Farm's Rule 12(b)(6) Motion to Dismiss Counts III and IV of Plaintiffs' Complaint. (Doc. 6). State Farm asserts that Plaintiffs' claim for violations of MUTPA were filed after the two-year statute of limitations period in § 33-18-242(7)(a), MCA (2021),[1] barring Count IV

---

[1] The Court cites the 2021 Montana Code Annotated ("MCA") because, in Montana, it is a longstanding rule to "apply the law in effect at the time of the injury," *Boettcher v. Mont. Guar. Fund*, 154 P.3d 629, 632 (Mont. 2007), and Plaintiffs' injuries occurred on September 30, 2021. (Doc. 15 ¶ 3).

altogether. (Doc. 7 at 9-10). Dismissal of Count IV is not contested. (*See* Doc. 10 at 3 ("Plaintiffs do not oppose Defendant's request to dismiss Count IV")). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion (Doc. 6) is GRANTED IN PART. Count IV of Plaintiffs' Complaint is dismissed with prejudice. The Court reserves its ruling on Defendant's motion to dismiss Count III.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 15th day of April, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE