**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| KENNETH HILLIARD and MARJORIE HILLIARD,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | CV 25-146-M-WWM<br><br>ORDER DENYING MOTION TO DISMISS COUNT III |

On February 2nd, Defendant State Farm Automobile Insurance Company ("State Farm") filed a Motion to Dismiss for Failure to State a Claim as to Counts III and IV and Brief in Support ("Motion"). (Docs. 6 and 7). On April 15th, the Court entered an Order granting the Motion as to Count IV and reserving as to Count III. (Doc. 19). On April 30th, Plaintiffs Kenneth Hilliard and Marjorie Hilliard (collectively "the Hilliards") filed an Amended Complaint ("Amended Complaint"). (Doc. 22).

An "amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (quoting *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967)). Once a complaint has been amended, a motion to dismiss targeting the first complaint should

generally be deemed moot. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). However, courts will not deny a motion to dismiss as moot when the amended complaint is "substantially identical to the original complaint." *Skistimas v. Hotworx Franchising LLC*, 2024 WL 3401023, at *1 (W.D. Wash.) (quoting *Oliver v. Alcoa, Inc.*, 2016 WL 4734310, at *2 n.3 (W.D. Wash)).

Here, the Hilliards amended Count III to more broadly articulate common law bad faith principles instead of the Montana-specific principles underlying their first complaint, which formed the basis of the Motion. (Docs. 1; 7 at 5; 22 at 7-8). Without the statutory bar to bad faith under Montana Code Annotated § 33-18-242(3) (2025), the grounds for dismissal identified in the Motion are inapplicable. (Doc. 7 at 5-7). The Court finds that the amendment is sufficient to moot the motion to dismiss.

**IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. 6) is DENIED as moot as to Count III.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 30th day of September, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE